Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MILLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>AMTRUST FINANCIAL SERVICES, INC., BARRY D. ZYSKIND, and RONALD E. PIPOLY, JR.,<br><br>Defendants. | No. 2:17-cv-01608-CAS-FFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>CLASS ACTION<br><br>JUDGE: Hon. Christina A. Snyder<br>CTRM: 8D-8th Floor (1st Street) |

1

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)
No. 2:17-cv-01608-CAS-FFM

1  PLEASE TAKE NOTICE that Plaintiff Benjamin Miller ("Plaintiff") files
2  this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure
3  41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary
4  judgment. A class has not been certified. Plaintiff has not previously dismissed an
5  action based on or including the same claims as presented in this instant action.

6  Furthermore, there are substantially similar actions pending against the
7  same Defendants in the United States District Court for the Southern District of
8  New York styled as *Rubel v. AmTrust Financial Services, Inc. et al,* Docket No.
9  1:17-cv-01545 (S.D.N.Y. Mar 01, 2017), *Sachetti v. Amtrust Financial Services,*
10 *Inc. et al,* Docket No. 1:17-cv-02001 (S.D.N.Y. Mar 20, 2017), and *Albano v.*
11 *AmTrust Financial Services, Inc. et al,* Docket No. 1:17-cv-03154 (S.D.N.Y. Apr
12 28, 2017) (collectively, the "SDNY Actions"), asserting claims under Sections
13 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5
14 promulgated thereunder, arising from the same conduct as the instant action.
15 Additionally, there are Lead Plaintiff motions pending in the SDNY Actions.
16 Moreover, Plaintiff does not oppose Defendants' Motion to Transfer this action to
17 the Southern District of New York. This dismissal is without prejudice. Each
18 party is to bear their own costs and fees.

19 Dated:   June 2, 2017                    Respectfully submitted,

                                            **THE ROSEN LAW FIRM, P.A.**

                                            /s/ Laurence Rosen, Esq.
                                            Laurence M. Rosen, Esq. (SBN 219683)
                                            355 South Grand Avenue, Suite 2450
                                            Los Angeles, CA 90071
                                            Telephone: (213) 785-2610
                                            Facsimile: (213) 226-4684
                                            Email: lrosen@rosenlegal.com

                                            Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On June 2, 2017, I electronically filed the following **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 2, 2017.

/s/ Laurence Rosen
Laurence M. Rosen