JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MILLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>AMTRUST FINANCIAL SERVICES, INC., BARRY D. ZYSKIND, and RONALD E. PIPOLY, JR.,<br><br>Defendants. | No. 2:17-cv-01608-CAS-FFM<br><br>**ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Christina A. Snyder<br>CTRM: 8D-8th Floor (1st Street) |

WHEREAS, on June 2, 2017, Benjamin Miller ("Plaintiff") filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i);

WHEREAS, Defendants have not filed an Answer or moved for summary judgment;

/ / /

WHEREAS, a class has not been certified;

WHEREAS, Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action;

WHEREAS, there are substantially similar actions pending against the same Defendants in the United States District Court for the Southern District of New York styled as *Rubel v. AmTrust Financial Services, Inc. et al,* Docket No. 1:17-cv-01545 (S.D.N.Y. Mar 01, 2017), *Sachetti v. Amtrust Financial Services, Inc. et al,* Docket No. 1:17-cv-02001 (S.D.N.Y. Mar 20, 2017), and *Albano v. AmTrust Financial Services, Inc. et al,* Docket No. 1:17-cv-03154 (S.D.N.Y. Apr 28, 2017) (collectively, the "SDNY Actions"), asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, arising from the same conduct as the instant action;

WHEREAS, there are Lead Plaintiff motions pending in the SDNY Actions;

WHEREAS, Plaintiff does not oppose Defendants' Motion to Transfer this action to the Southern District of New York; and

WHEREAS, this dismissal is without prejudice and each party is to bear their own costs and fees.

The pending motions before this Court are denied as moot.

IT IS SO ORDERED.

Dated June 2, 2017

                                        Hon. Christina A. Snyder
                                        U.S. District Judge